# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MICHAEL RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-01737-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))<br><br>(ECF No. 15) |

      Plaintiff Gilbert Michael Ramirez filed the complaint in this action on December 7, 2021. (ECF No. 1.) On January 24, 2023, the Court granted the parties' stipulation to remand Plaintiff's Social Security appeal for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 12, 13, 14.)

      On January 30, 2023, the parties filed a stipulated motion for the award of attorney fees and expenses in the amount of $6,736.41 pursuant to the EAJA, and no costs under 28 U.S.C. § 1920. (ECF No. 15.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id. at 2.) The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in

connection with this action.  (Id.)

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $6,736.41 pursuant to the EAJA, 28 U.S.C. § 2412(d).  (ECF No. 15.)

IT IS SO ORDERED.

Dated:   **January 30, 2023**

UNITED STATES MAGISTRATE JUDGE